## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE AMERICAN INSURANCE COMPANY a/s/o MICHELE GUERARD | : : : |
| Plaintiff | : : |
| v. | : Case No. : |
| W. B. DORMAN CONSTRUCTION, INC., et al., | : : |
| Defendants | : |

### DEFENDANT W. B. DORMAN CONSTRUCTION, INC.'S
### NOTICE OF REMOVAL WITH CONSENT AND JOINDER OF CO-DEFENDANTS

COMES NOW the Defendant, W. B. Dorman Construction, Inc., by and through its attorney, Edward J. Brown and the Law Office of Edward J. Brown, LLC, and files this Notice of Removal with the consent and joinder of Co-Defendants and states:

1) On June 13, 2014 Defendant W.B. Dorman Inc. was served with a Summons and Complaint from the Superior Court of the District of Columbia. A copy of the Complaint is attached as Exhibit A. Plaintiff claims that its insured's property was damaged due to fire.

2) Defendant W.B. Dorman Inc. hereby files this Notice of Removal of the entire action to the United States District Court for the District of Columbia.

3) The grounds for removal are complete diversity between Plaintiff American Ins. Co., who according to the Complaint, is an Illinois corporation with California as its principal place of business, and all three Defendants, who are Maryland corporations and citizens. The Complaint seeks damages in excess of $75,000.00

Accordingly, pursuant to 28 USC 1332(a) this Court possesses jurisdiction, and removal is proper pursuant to 28 USC 1441.

4) That both Co-Defendants Masters Electrical Construction LLC and Stuart Contractors LLC consent to and join the removal to the United States District Court for the District of Columbia.

5) That pursuant to 28 USC 1446(a), copies of all pleadings, orders and papers served upon Defendant Dorman are attached.

6) That this Notice is filed within 30 days of service upon this Defendant.

WHEREFORE, Defendant, W. B. Dorman Construction, Inc., with the consent of both Co-Defendants, removes this case to the United States District Court for the District of Columbia.

Respectfully submitted,

/s/ Edward J. Brown _____
Edward J. Brown
#414365
The Law Office of Edward J. Brown LLC
3300 North Ridge Road, Suite 245
Ellicott City, MD 21043
brown@budbrownlaw.com
*Attorney for Defendant W. B. Dorman Construction, Inc.*

/s/ Andrew Greenspan_____
Andrew Greenspan
Greenspan, Hitzel and Schrader
8630 Fenton Street, Suite 1106
Silver Spring, Maryland  20910
*Attorney for Defendant Masters Electrical Construction LLC*

/s/ Margaret Fonshell Ward_____
Margaret Fonshell Ward
#04586
102 W. Pennsylvania Avenue, Suite 401
Baltimore, MD 21204
*Attorney for Defendant Stuart Contractors LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **W. B. Dorman Construction, Inc.'s Notice of Removal** was filed electronically with the Court and served via email on July 13, 2014, and US Mail on July 14, 2014, to all counsel.

                                                /s/ Edward Brown
                                                Edward J. Brown, #414365